Steven D. HILL *v.* STATE of Arkansas

CR 85-212                                   730 S.W.2d 245

Supreme Court of Arkansas
Opinion delivered June 15, 1987

*Charles L. Carpenter, Jr.*, for appellant.

*Steve Clark*, Att'y Gen., by: *Jack Gillean*, Asst. Att'y Gen., for appellee.

PER CURIAM. The stay of execution is granted to expire June 30, 1987. In the future no stay of execution will

ordinarily be granted when certiorari is sought from a denial of Rule 37 relief.

HICKMAN, DUDLEY and GLAZE, JJ., would deny.